**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

JOSHUA SHEFFER,

                                 Plaintiff,

                                                                     9:18-CV-1180
   v.                                                          (LEK/DJS)

CORRECTIONAL OFFICER FLEURY, *et al.*,

                                 Defendants.

**APPEARANCES:**                                  **OF COUNSEL:**

JOSHUA SHEFFER
Plaintiff, *Pro Se*
c/o Rebecca S. Clark
226 N. L'Hommedieu Street
Montour Falls, New York 14865

HON. LETITIA JAMES                      KOSTANDINOS D. LERIS, ESQ.
Attorney General of the State of New York
Attorney for Defendants
The Capitol
Albany, New York 12224

**DANIEL J. STEWART**
**United States Magistrate Judge**

**REPORT-RECOMMENDATION and ORDER**

      In this action commenced in October 2018, Defendant Frances Sullivan was served with a Summons and Complaint on October 4, 2019. Dkt. No. 57. Presently pending is her Motion to Dismiss pursuant to FED. R. CIV. P. 12(b)(6) on the ground that she lacks personal involvement in the allegations set forth in the Complaint. Dkt. No. 64. The Complaint concerns alleged violations of Plaintiff's civil rights while he was housed at Upstate Correctional Facility in 2017. *See generally*, Dkt. No. 1, Compl. Defendant Sullivan now seeks dismissal on the ground that she was employed by the State Commission of Correction, not the Department of Corrections

- 1 -

and Community Supervision, and so had no role in the events at issue in the Complaint. Dkt. No. 64-1 at pp. 6-9; *see also* Compl. at ¶ 5. In response to the Motion, Plaintiff "respectfully requests that this Court . . . dismiss all claims against [Defendant] Frances Sullivan." Dkt. No. 67. In light of Plaintiff's request, the Court recommends that the Motion to Dismiss be granted on consent and that Sullivan be dismissed as a Defendant.

For the reasons stated herein, it is hereby

**RECOMMENDED**, that Defendant Sullivan's Motion to Dismiss be **GRANTED;** and it is

**ORDERED**, that the Clerk of the Court serve a copy of this Report-Recommendation and Order upon the parties to this action.

Pursuant to 28 U.S.C. § 636(b)(1), the parties have fourteen (14)[1] days within which to file written objections to the foregoing report. Such objections shall be filed with the Clerk of the Court. **FAILURE TO OBJECT TO THIS REPORT WITHIN FOURTEEN (14) DAYS WILL PRECLUDE APPELLATE REVIEW.** *Roldan v. Racette*, 984 F.2d 85, 89 (2d Cir. 1993) (citing *Small v. Sec'y of Health and Human Servs.*, 892 F.2d 15 (2d Cir. 1989)); *see also* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72 & 6(a)

Dated: February 12, 2020
       Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge

---

[1] If you are proceeding *pro se* and are served with this Order by mail, three additional days will be added to the fourteen-day period, meaning that you have seventeen days from the date the order was mailed to you to serve and file objections. FED. R. CIV. P. 6(d). If the last day of that prescribed period falls on a Saturday, Sunday, or legal holiday, then the deadline is extended until the end of the next day that is not a Saturday, Sunday, or legal holiday. FED. R. CIV. P. 6(a)(1)(C).